# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CARL MORELAND, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:21-cv-00110-JDK |
| § | |
| SUNPATH, LTD., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Having disposed of all pending claims in this case, the Court hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction over Defendant SunPath. All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **10th** day of **September, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE